JAMES A. ODLUM (Bar No. 109766)
jodlum@mohlaw.com
MUNDELL, ODLUM & HAWS, LLP
650 E. Hospitality Lane, Suite 470
San Bernardino, CA 92408-3595
Tel: (909) 890-9500; Fax: (909) 890-9580

Attorneys for Defendant
Burgeson's Heating and Air Conditioning, Inc.
and C & D 620 Property, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ESTRADA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BURGESON'S A/C; C & D 620 PROPERTY, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:20-CV-02022-FMO-shk<br><br>**DEFENDANTS' ANSWER**<br><br>Hon. Fernando M. Olguin |

Defendants Burgeson's Heating and Air Conditioning, Inc. (incorrectly sued as Burgeson's A/C) and C & D 620 Property, LLC (collectively "Defendants") hereby answer Plaintiff's complaint.

1. Answering paragraph 1 of the Complaint, Defendants lack information sufficient to form a belief as to the truth or falsity of the allegations therein, and on that basis deny said allegations.

2. Answering paragraph 2 of the Complaint, Defendants lack information sufficient to form a belief as to the truth or falsity of the allegations therein, and on that basis deny said allegations.

3. Answering paragraph 3 of the Complaint, Defendants deny the allegations thereof.

4. Answering paragraph 4 of the Complaint, Defendants deny the allegations thereof.

5. Answering paragraph 5 of the Complaint, Defendants admit the allegations thereof, except that the true name of this Defendant is Burgeson's Heating and Air Conditioning, Inc.

6. Answering paragraph 6 of the Complaint, Defendants admit the allegations thereof.

7. Answering paragraph 7 of the Complaint, Defendants admit that a business establishment is operated on the Subject Property. Defendants deny that the Subject Property is a public accommodation, and that Plaintiff suffered any harm due to any occurrences caused by Defendants. Except as expressly admitted or denied, Defendants lack information sufficient to form a belief as to the truth or falsity of the allegations therein, and on that basis deny said allegations.

8. Answering paragraph 8 of the Complaint, Defendants deny this Court has subject matter jurisdiction because the Subject Property is not a public accommodation governed by Article III of the ADA.

9. Answering paragraph 9 of the Complaint, Defendants deny the allegations thereof.

10. Answering paragraph 10 of the Complaint, Defendants do not challenge venue in this District.

11. Answering paragraph 11 of the Complaint, Defendants deny the allegations thereof.

12. Answering paragraph 12 of the Complaint, Defendants deny the allegations thereof.

13. Answering paragraph 13 of the Complaint, Defendants deny the allegations thereof.

14. Answering paragraph 14 of the Complaint, Defendants deny the allegations thereof.

15. Answering paragraph 15 of the Complaint, Defendants deny the allegations thereof.

16. Answering paragraph 16 of the Complaint, Defendants deny the allegations thereof.

17. Answering paragraph 17 of the Complaint, Defendants deny the allegations thereof.

18. Answering paragraph 18 of the Complaint, Defendants deny the allegations thereof.

19. Answering paragraph 19 of the Complaint, Defendants deny the allegations thereof.

20. Answering paragraph 20 of the Complaint, Defendants deny the

allegations thereof.

21. Answering paragraph 21 of the Complaint, Defendants neither admit nor deny the quote from *Doran* as it is not a factual assertion. Defendants deny the other allegations of paragraph 21 of the Complaint.

22. Answering paragraph 22 of the Complaint, Defendants deny the allegations thereof.

23. Answering paragraph 23 of the Complaint, Defendants deny the allegations thereof.

**ANSWER TO FIRST CAUSE OF ACTION**

24. Defendants hereby incorporate by reference their responses to paragraphs 1 through 23 of the Complaint.

25. Answering paragraph 25 of the Complaint, Defendants neither admit nor deny these allegations as they are not factual assertions. The statement of law is inapplicable to this case.

26. Answering paragraph 26 of the Complaint, Defendants neither admit nor deny these allegations as they are not factual assertions. The statement of law is inapplicable to this case.

27. Answering paragraph 27 of the Complaint, Defendants neither admit nor deny these allegations as they are not factual assertions. The statement of law is inapplicable to this case.

28. Answering paragraph 28 of the Complaint, Defendants deny the

allegations thereof.

29. Answering paragraph 29 of the Complaint Defendants deny the allegations thereof.

30. Answering paragraph 30 of the Complaint, Defendants deny the allegations thereof.

31. Answering paragraph 31 of the Complaint, Defendants deny the allegations thereof.

32. Answering paragraph 32 of the Complaint, Defendants deny the allegations thereof.

**ANSWER TO SECOND CAUSE OF ACTION**

33. Defendants hereby incorporate by reference their responses to paragraphs 1 through 32 of the Complaint.

34. Answering paragraph 34 of the Complaint, Defendants deny the allegations thereof.

35. Answering paragraph 35 of the Complaint, Defendants deny the allegations thereof.

36. Answering paragraph 36 of the Complaint. Defendants deny the allegations thereof.

**FIRST SEPARATE DEFENSE**

37. The Subject Property is not a public accommodation subject to Title III of the ADA or the Unruh Act.

**SECOND SEPARATE DEFENSE**

38. The parking at the Subject Property was not public or customer parking subject to Title III of the ADA or the Unruh Act.

**THIRD SEPARATE DEFENSE**

39. Upon information and belief, Plaintiff lacks standing to bring this case.

**FOURTH SEPARATE DEFENSE**

40. Upon information and belief, Plaintiff's claim for injunctive relief under the ADA is moot.

**FIFTH SEPARATE DEFENSE**

41. Upon information and belief, removal of barriers to access, if any existed, would be impractical, disproportionately expensive and would constitute an unreasonable hardship without commensurate benefit to the disabled.

**SIXTH SEPARATE DEFENSE**

42. Upon information and belief, Plaintiff's claims are barred because Plaintiff failed to request accommodation prior to filing suit.

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiff take nothing by his complaint herein and that said complaint be dismissed with prejudice.

2. Defendants recover judgment against Plaintiff for their costs and attorneys' fees incurred herein; and

3. For such other and additional relief as this Court may deem just and proper.

Dated: November 16, 2020

JAMES A. ODLUM
MUNDELL, ODLUM & HAWS, LLP

By: */s/ James A. Odlum*
James A. Odlum
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court's CM/ECF system which will provide notice on all counsel deemed to have consented to electronic service.

Dated: November 16, 2020 By: */s/ James A. Odlum*